UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO PINTO,

                Plaintiff,

      -against-

BLOCKFI INC.,

                Defendant.

21 Civ. 10117 (PGG)

**ORDER OF SERVICE**

PAUL G. GARDEPHE, U.S.D.J.:

    Plaintiff, who is proceeding pro se, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Blockfi Inc. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.[1]

SO ORDERED.

Dated:  December 10, 2021
          New York, New York

                                        PAUL G. GARDEPHE
                                        United States District Judge

---

[1] Plaintiff has consented to receive electronic service of notices and documents in this case. (Dkt. No. 2).